Name **Chad Crell**
Street Address **6250 County Rd 20**
City and County **Orland, CA**
State and Zip Code **CA 95963**
Telephone Number **530-966-9578**

FILED
JUL 14 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**Chad Crell**

_(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

-against-

**Gavin Newsom**
**Plump Jack Winery**

_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

**Complaint for a Civil Case**

Case No. **2:25CV1958 TLN JDP (PS)**

_(to be filled in by the Clerk's Office)_

Jury Trial: ☑ Yes ☐ No
_(check one)_

I.  **The Parties to This Complaint**

  A.  **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Chad Crell
  Street Address: 6250 County Rd 20
  City and County: Orland
  State and Zip Code: CA 95963
  Telephone Number: 530 966 9578

  B.  **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

  Defendant No. 1
  Name: Gavin Newsom
  Job or Title (if known): Governor of CA
  Street Address: 1021 O Street ST 9000
  City and County: Sacramento
  State and Zip Code: CA 95814
  Telephone Number: 916-445-2841

  Defendant No. 2
  Name: Plumpjack estate winery
  Job or Title (if known):
  Street Address: 620 Oakville Cross Rd, Napa, 94558
  City and County:
  State and Zip Code: CA
  Telephone Number: 707-945-1220

2

Defendant No. 3

Name: Jon Doe
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:

Defendant No. 4

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:

II. **Basis for Jurisdiction**

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☒ Federal question     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

See core citta

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, (name) Chadd Cres, is a citizen of the State of (name) CA.

    b. If the plaintiff is a corporation

    The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, (name) Gavin News@me, is a citizen of the State of (name) CA. Or is a citizen of (foreign nation) _____.

b.  If the defendant is a corporation

The defendant, (name) __PlumpJack Winery__, is incorporated under the laws of the State of (name) __CA__, and has its principal place of business in the State of (name) __Cawer LLc__. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because (explain): __See cover letter__

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

__See cover letter__

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See cover letter

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-14, 2025

Signature of Plaintiff  [signature]
Printed Name of Plaintiff  Chad Creel

1  Chad Creel
2  Plaintiff, In Pro Per
   6250 County Road 20
3  Orland, CA 95963
   Chadcreel1992@yahoo.com
4  Plaintiff,
5  In Pro Per

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

, ) Case No.
)
)
) Defendants. Gavin
COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, DAMAGES, AND
FEDERAL REFERRAL FOR CRIMINAL INVESTIGATION UNDER 42 U.S.C. § 1983 AND
RELATED STATUTES

)
            Plaintiff,      )
**Chad Creel**              )
                            )
                            )
                            )
            Defendant.      )
                            )
 Gov Gavin Newsom , in his official and individual capacity as Governor of the State of
California,
    PlumpJack Winery
Jon Doe                )
Jane Doe                                    )
                                            )
    Plaintiff, (hereinafter "Plaintiff") alleges as follows:

I. INTRODUCTION

- Plaintiff Chad Creel files this civil rights action under 42 U.S.C. § 1983 and related authorities against Defendant Gavin Newsom, alleging a pattern of unconstitutional governance, abuse of office, and personal enrichment at the expense of Plaintiff's civil liberties and the public trust.
- This action challenges the legality and constitutionality of California's firearm restrictions, cannabis suppression tactics, and the personal conflict of interest posed by Defendant's ownership of PlumpJack Winery.
- Plaintiff seeks declaratory relief, damages totaling $50,000,000, and a formal referral to the U.S. Department of Justice for criminal investigation into alleged fraud, self-dealing, and misuse of emergency relief funds.

II. JURISDICTION AND VENUE

- Jurisdiction is proper under 28 U.S.C. §§ 1331 and 1343, as this action arises under the Constitution and federal civil rights laws.
- Venue is proper in this district under 28 U.S.C. § 1391(b), as the events giving rise to these claims occurred within the State of California.

III. PARTIES

- Plaintiff Chad Creel is a U.S. citizen, California resident, and disability beneficiary, directly harmed by Defendant's unconstitutional laws and retaliatory policy enforcement.
- Defendant Gavin Newsom is the Governor of California and holds a financial stake in PlumpJack Winery. He is sued in both his official and individual capacities.

IV. FACTUAL BACKGROUND

- Defendant has signed, promoted, and enforced numerous gun control laws which violate the Second Amendment and NYSRPA v. Bruen.
- These laws have denied Plaintiff equal protection and personal safety by blocking access to a CCW license.
- Defendant has further restricted cannabis accessibility, creating a chilling effect on the state's marijuana economy and on Plaintiff's use of cannabis as a medical necessity.
- Meanwhile, Defendant profits from his alcohol business, PlumpJack Winery, a direct competitor to cannabis producers and sellers.
- Plaintiff alleges this to be an unethical and unconstitutional conflict of interest, resulting in undue economic favoritism and malicious targeting of the cannabis sector.
- Defendant's actions have resulted in physical danger, financial hardship, suppression of protected rights, and emotional harm to Plaintiff.
- In addition, Plaintiff has reason to believe that public funds intended for homelessness and disaster relief (such as the California wildfires) have been misappropriated, in part, to benefit personal real estate ventures including a $10 million mansion tied to Defendant.
- Plaintiff has filed FOIA and public records requests to investigate this, and asks the Court to refer this matter to the U.S. Department of Justice.

V. CLAIMS FOR RELIEF

Claim 1 – Violation of Second Amendment Rights (42 U.S.C. § 1983)
- Defendant has enacted and enforced firearm restrictions that defy established constitutional precedent and deny Plaintiff the right to lawful self-defense.

Claim 2 – First Amendment Retaliation and Viewpoint Discrimination
- Defendant's policies and actions have punished dissent, discouraged free expression, and suppressed political opposition under color of law.

Claim 3 – Equal Protection Violation (Fourteenth Amendment)

• Plaintiff and similarly situated individuals are targeted unequally due to disability, poverty, and political beliefs, in violation of equal protection guarantees.

Claim 4 – Conflict of Interest and Self-Dealing

• Defendant's direct benefit from PlumpJack Winery while simultaneously stifling the cannabis industry constitutes unethical governance and personal enrichment from regulatory power.

Claim 5 – Abuse of Public Funds and Emergency Powers

• Plaintiff alleges misuse of disaster and homelessness relief funds, and seeks investigation of these allegations under federal fraud statutes.

VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests this Court:

• Declare California's CCW framework, discretionary issuance policy, and Defendant's enforcement unconstitutional;
• Enjoin Defendant from enforcing any anti-firearm or cannabis-related policies that conflict with constitutional standards;
• Compel disclosure of all financial records, communication logs, and regulatory decisions involving PlumpJack Winery, cannabis oversight boards, and emergency fund allocation;
• Award monetary damages in the amount of $50,000,000 for civil rights violations, economic harm, and punitive deterrence;
• Issue a formal referral to the U.S. Department of Justice – Public Integrity Section, for criminal investigation into abuse of office, misappropriation of funds, and financial conflicts;
• Award all costs, attorney's fees, and further relief deemed just and proper.

Respectfully Submitted,
Chad Creel
Pro Se Plaintiff
[Your Contact Info Here]


Here's a set of legal thesis paragraphs you can add to strengthen your federal complaint against Gavin Newsom. These are written in formal legal language and structured to flow naturally into your current document—just copy and paste where appropriate under each claim or in a dedicated "Legal Framework" section:

LEGAL THESIS AND CONSTITUTIONAL PRINCIPLES

1. Constitutional Overreach and the Second Amendment

The Supreme Court's ruling in NYSRPA v. Bruen, 597 U.S. ___ (2022), affirms that the right to carry firearms for self-defense is deeply rooted in the historical tradition of this nation. California's discretionary CCW scheme, which requires "good cause" and often favors the politically connected over ordinary citizens, stands in direct violation of this precedent. By upholding discretionary denial practices and imposing bureaucratic hurdles, the State—and by extension, Defendant Newsom—has implemented a licensing regime that amounts to a de facto ban on lawful carry, which is presumptively unconstitutional under Bruen's text-and-history standard.

2. Discriminatory Impact on Marginalized Individuals

The Fourteenth Amendment's Equal Protection Clause prohibits selective enforcement and targeted regulatory discrimination based on economic status, disability, or political affiliation. Plaintiff alleges that California's firearm restrictions, combined with opaque cannabis licensing protocols, disproportionately harm disabled and low-income citizens who cannot navigate or

influence these systems. When state laws systematically deny core rights to specific groups while allowing privilege-based exemptions, they violate not only equal protection principles but also invite judicial scrutiny under a strict or intermediate scrutiny framework.

3. Ethical Misconduct and Fiduciary Breach

Government officials are fiduciaries of the public trust. Any financial entanglement—such as Defendant Newsom's ownership stake in PlumpJack Winery—that results in biased regulatory outcomes or hinders competitors (i.e., cannabis producers) constitutes an abuse of office. Courts have repeatedly held that when private financial interests interfere with public decision-making, it may support both civil and criminal liability under federal law, including but not limited to the Honest Services Fraud statute (18 U.S.C. § 1346) and 18 U.S.C. § 666 (theft or bribery concerning programs receiving federal funds).

4. Retaliation and Viewpoint Suppression as Constitutional Violations

State officials who weaponize policy or law enforcement to silence critics or chill constitutionally protected expression are subject to liability under 42 U.S.C. § 1983. Plaintiff asserts that the cumulative effect of California's selective licensing schemes, suppression of medical cannabis rights, and denial of firearm access is not coincidental but retaliatory— punishing dissent and discouraging political activism. Such acts constitute viewpoint discrimination, which is per se unconstitutional under First Amendment doctrine as articulated in Rosenberger v. Rector, 515 U.S. 819 (1995), and Reed v. Town of Gilbert, 576 U.S. 155 (2015).

5. Separation of Powers and Emergency Authority Abuse

Executive power must be exercised in accordance with constitutional boundaries and legislative intent. Plaintiff alleges that Defendant exploited COVID-era emergency powers and disaster declarations not for public welfare, but for private gain—including acquisitions and investments benefiting PlumpJack Winery. When emergency powers are extended beyond necessity or manipulated for enrichment, courts have authority under the Take Care Clause and federal fraud statutes to intervene, investigate, and refer such conduct to criminal authorities.

Let me know if you want me to integrate these directly into your full complaint for copy-paste or generate them as a separate PDF/Word doc.

Here's a professionally written Conclusion and Declaration section that you can paste at the end of your complaint. It legally protects you while emphasizing your core focus on unconstitutional firearm and cannabis laws, and acknowledges that other allegations (like misuse of funds or mansion purchases) are subjects of further investigation.

VII. CONCLUSION AND PLAINTIFF'S DECLARATION

Plaintiff does not make these allegations lightly. While this Complaint includes references to suspected misuse of public funds, real estate enrichment, and personal conflicts of interest, these matters are presented not as definitive conclusions but as investigatory leads supported by ongoing FOIA and public records efforts. Plaintiff respectfully asks this Court to consider these allegations in light of mounting public concern, documentary evidence, and the need for judicial oversight.

However, Plaintiff's primary grievance—the denial of fundamental rights under California's firearm and cannabis regulatory schemes—stands on firm legal ground. These policies conflict with clear federal constitutional standards and are enforced in a manner that chills liberty,

restricts medical necessity, and puts Plaintiff and similarly situated citizens at personal risk. Plaintiff seeks legal redress, not vengeance. The heart of this case lies in the unconstitutional suppression of lawful gun ownership and access to cannabis, which together violate the First, Second, and Fourteenth Amendments.

VIII. DECLARATION UNDER PENALTY OF PERJURY

I, Chad Creel, the undersigned Plaintiff in this action, hereby declare under penalty of perjury under the laws of the United States that the foregoing Complaint is true and correct to the best of my knowledge, understanding, and belief. Where this Complaint references ongoing investigations or suspected misconduct (including those related to real estate, emergency funding, or winery-related conflicts), such statements are based on credible leads, public reports, and reasonable inferences pending verification. My primary intent in filing this suit is to challenge unconstitutional firearm and cannabis policies that have directly harmed me.

Executed on

Respectfully Submitted,

Chad Creel

Pro Se Plaintiff

- ## VII. CONCLUSION AND PLAINTIFF'S DECLARATION

    Plaintiff does not make these allegations lightly. While this Complaint includes references to suspected misuse of public funds, real estate enrichment, and personal conflicts of interest, these matters are presented not as definitive conclusions but as investigatory leads supported by ongoing FOIA and public records efforts. Plaintiff respectfully asks this Court to consider these allegations in light of mounting public concern, documentary evidence, and the need for judicial oversight.

    However, Plaintiff's primary grievance—the denial of fundamental rights under California's firearm and cannabis regulatory schemes—stands on firm legal ground. These policies conflict with clear federal constitutional standards and are enforced in a manner that chills liberty, restricts medical necessity, and puts Plaintiff and similarly situated citizens at personal risk. Plaintiff seeks legal redress, not vengeance. The heart of this case lies in the unconstitutional suppression of lawful gun ownership and access to cannabis, which together violate the First, Second, and Fourteenth Amendments.

    ## VIII. DECLARATION UNDER PENALTY OF PERJURY

    I, Chad Creel, the undersigned Plaintiff in this action, hereby declare under penalty of perjury under the laws of the United States that the foregoing Complaint is true and correct to the best of my knowledge, understanding, and belief. Where this Complaint references ongoing investigations or suspected misconduct (including those related to real estate, emergency funding, or winery-related conflicts), such statements are based on credible leads, public reports, and reasonable inferences pending verification. My primary intent in filing this suit is to challenge unconstitutional firearm and cannabis policies that have directly harmed me.

Executed on [Insert Date].

Respectfully Submitted,
**Chad Creel**
Pro Se Plaintiff
%309669578

- Chad Creel

To: me · Mon, Jul 14 at 11:51 AM

## VII. CONCLUSION AND PLAINTIFF'S DECLARATION

Plaintiff does not make these allegations lightly. While this Complaint includes references to suspected misuse of public funds, real estate enrichment, and personal conflicts of interest, these matters are presented not as definitive conclusions but as investigatory leads supported by ongoing FOIA and public records efforts. Plaintiff respectfully asks this Court to consider these allegations in light of mounting public concern, documentary evidence, and the need for judicial oversight.

However, Plaintiff's primary grievance—the denial of fundamental rights under California's firearm and cannabis regulatory schemes—stands on firm legal ground. These policies conflict with clear federal constitutional standards and are enforced in a manner that chills liberty, restricts medical necessity, and puts Plaintiff and similarly situated citizens at personal risk. Plaintiff seeks legal redress, not vengeance. The heart of this case lies in the unconstitutional suppression of lawful gun ownership and access to cannabis, which together violate the First, Second, and Fourteenth Amendments.

## VIII. DECLARATION UNDER PENALTY OF PERJURY

I, Chad Creel, the undersigned Plaintiff in this action, hereby declare under penalty of perjury under the laws of the United States that the foregoing Complaint is true and correct to the best of my knowledge, understanding, and belief. Where this Complaint references ongoing investigations or suspected misconduct (including those related to real estate, emergency funding, or winery-related conflicts), such statements are based on credible leads, public reports, and reasonable inferences pending verification. My primary intent in filing this suit is to challenge unconstitutional firearm and cannabis policies that have directly harmed me.

Executed on

Respectfully Submitted,
**Chad Creel**
Pro Se Plaintiff
6250 County Rd 20

Orland Ca 95963

5309669578

*[signature: Chad Creel]*

the legal
Ripper